AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

WAYNE RUDDER, et al.,

                Plaintiffs,

                v.

FARMERS INSURANCE, et al.,

                Defendants.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-3101-LRS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED this case is dismissed with prejudice pursuant to the Order Denying Motion for Reconsideration entered on December 22, 2010.

12/22/10
_____
*Date*

JAMES R. LARSEN
_____
*Clerk*
s/ Cora Vargas
_____
*(By) Deputy Clerk*
Cora Vargas
_____